# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 391 MAL 2015
                                :
Respondent                      :
                                :   Petition for Allowance of Appeal from
                                :   the Order of the Superior Court
v.                              :
                                :
                                :
ALEXANDER BERRIOS,              :
                                :
Petitioner                      :

## ORDER

**PER CURIAM**

    **AND NOW**, this 27th day of October, 2015, the Petition for Allowance of Appeal is **DENIED**.